# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Suqian Zhenye Electronics Technology Co., Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> Hong Kong Xingtai International Trade Co Limited, <br><br> *Defendant*. | **Case No. 2:25-cv-2264-JHC** |

THIS MATTER comes before the Court on Plaintiff's Motion for Alternative Service of Process. Dkt. # 6. Having considered the Motion and the record, the Court finds good cause and hereby ORDERS:

1. The Motion is GRANTED.

2. Pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f)(3), Plaintiff is authorized to serve Defendant Hong Kong Xingtai International Trade Co Limited by email by sending the Summons and Complaint (and a copy of this Order) to xingtaiip@sina.com.

-1-

ORDER GRANTING PLAINTIFF'S
MOTION FOR ALTERNATIVE SERVICE OF PROCESS

3. Plaintiff may effect service by email as authorized above and shall file proof of service on the docket.

4. Defendant shall respond to the Complaint within 21 days after service is effected.

DATED this 6th day of January, 2026.

John H. Chun
United States District Judge

-2-

ORDER GRANTING PLAINTIFF'S
MOTION FOR ALTERNATIVE SERVICE OF PROCESS